```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2/17/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Victor Lopez**, *On Behalf Of Himself And All Other Persons Similarly Situated*,

          **Plaintiff,**

    v.

**Larkstone Acquisitions,**

          **Defendant.**

1:21-cv-10851-ALC

**ORDER OF DISCONTINUANCE**

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby **ORDERED** that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar, if the application to restore the action is made within 45 (forty-five) days.

**SO ORDERED.**

**Dated**:   February 17, 2022
          New York, New York

                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**